UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14023-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT WILLIAM SOPHIE,

    Defendant.
_____/



FILED by ___ D.C.

APR 1 0 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# REPORT AND RECOMMENDATION ON VIOLATIONS SET FORTH IN PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a preliminary hearing on April 10, 2009 in respect to the Petition Alleging Violations of Supervised Release, and this Court having conducted a hearing, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on April 10, 2009 for a preliminary hearing in respect to a Petition Alleging Violations of Supervised Release. That Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 25, 2009, in Broward County, Florida, the defendant was arrested for the offense of Driving Under the Influence, contrary to Florida Statute 316.193 and 316.1939(1)(e). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 25, 2009, the defendant was arrested by the Broward Sheriff and was charged with Driving on a Suspended License, contrary to Florida Statute 322.35. |
| **Violation Number 3** | **Violation of Special Condition**, by failing to follow order of the court not to drive between the hours of 7:00 p.m. and 7:00 a.m. On February |

25, 2009, the defendant was arrested for Driving Under Influence, at 8:18 p.m.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 2 and 3 as set forth in the Petition.

3. The government announced that it agrees to dismiss Violation Number 1 at the time of sentencing.

4. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to these alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY,** based upon the Defendant's admissions to Violation Numbers 2 and 3 under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 2 and 3 set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _10th_ day of April, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Carmen Lineberger
AFPD Fletcher Peacock
USPO John Minnelli
U. S. Marshal