UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14023-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT WILLIAM SOPHIE,

    Defendant.
_____/



FILED by ___ D.C.

JAN - 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION SET FORTH IN PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an evidentiary hearing on January 6, 2010 in respect to the pending Petition Alleging Violation Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit this violation, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on January 6, 2010 for an evidentiary hearing in respect to a Petition Alleging Violation Of Supervised Release. That Petition alleges the following violation:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 25, 2009, the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory and was subsequently confirmed positive by Kroll Testing Laboratories Incorporated. |

    2.    After consultation with his attorney, the Defendant announced to this Court that he wished to admit the violation set forth in the Petition. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to this alleged violation. Further, the Defendant acknowledged that he

understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3.  Counsel for the Defendant requested that this Court place within this Report and Recommendation the Defendant's request that the District Court set this matter for a final sentencing hearing/disposition at the earliest possible time. This Court agreed that it would place that request within the Report and Recommendation so advising the District Court of the Defendant's wishes.

**ACCORDINGLY**, based upon the Defendant's admission under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to the violation set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of January, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Carmen Lineberger
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal